Estate of CROZIER, Deceased.

No. 9145; June 30, 1884.

4 Pac. 240.

**Costs—Amendment of Judgment.—No Error Appearing from** the transcript on appeal, the order amending judgment as to costs is affirmed.

APPEAL from the Superior Court of San Joaquin County.

Louttit & Lindley and J. S. Terry for appellant; Byers & Elliott, Campbell & Muenter and W. L. Dudley for respondent.

See Estate of Crozier, 65 Cal. 332, 4 Pac. 109.

By the COURT.—The court entered judgment May 29, 1883. On the 13th of June, 1883, the court made an order amending the judgment as to costs, directing the same to be paid in due course of administration: Code Civ. Proc., sec. 1332. It does not appear that any error was committed. For aught that appears in the transcript, due notice of motion to amend was given and hearing had thereon.

Order affirmed.